# Order

Michigan Supreme Court
Lansing, Michigan

September 24, 2014

148678

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NATHAN GENE REID,
      Defendant-Appellant.

SC: 148678
COA: 316576
Genesee CC: 99-004796-FC

_____/

On order of the Court, the application for leave to appeal the December 17, 2013 order of the Court of Appeals is considered. In the Court of Appeals, the defendant sought leave to appeal two orders of the Genesee Circuit Court, both dated December 21, 2012. The Court of Appeals docketed the defendant's delayed application for leave to appeal as an appeal only from the December 21, 2012 order denying the defendant's motion for the production of documents, and then denied leave to appeal for lack of merit in the grounds presented. With regard to this ruling, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. It does not appear that the Court of Appeals reviewed the defendant's challenge to the other circuit court order. Accordingly, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration of that part of the defendant's delayed application for leave to appeal that sought leave to appeal the December 21, 2012 order of the Genesee Circuit Court denying, under MCR 6.502(G), the defendant's motion to rescind or revoke or vacate his plea.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



Clerk

p0917